# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORP. et al <br><br> Plaintiff(s) <br><br> v. <br><br> 6Sense INSIGHTS, INC., et al <br><br> Defendant(s) | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY <br> [Local Civil rule 6.1(b)] <br><br> Civil Action No. 3:24-cv-04104 |

Application is hereby made for a Clerk's Order extending time within which defendant(s) __6Sense INSIGHTS, INC__ may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on 2/22/24 ; and
3. Time to Answer, Move or otherwise Reply expires on 3/29/24 .

       Steven M. Richman, Clark Hill PI
       Attorney for Defendant(s)

       Ste 102, 210 Carngegie Ctr
       Mailing Address

       Princeton, NJ 08540
       City, State, Zip Code

## ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to 4/12/2024 .
ORDER DATED: _____

       By:_____
       Deputy Clerk