Steven M. Richman (NJ 017391980)
CLARK HILL PLC
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Phone: (609) 785-2911
Fax: (609) 785-2999
Email: srichman@clarkhill.com
Counsel for Defendant 6Sense INSIGHTS, INC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>　　　　Plaintiffs,<br>v.<br><br>6Sense INSIGHTS, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>**CASE #: 3:24-cv-04104-MAS-TJB**<br><br>**DEFENDANT 6Sense INSIGHTS, INC. RULE 7.1 DISCLOSURE** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel for Defendant, 6Sense INSIGHTS, INC, states that based on information provided, 6Sense INSIGHTS, INC does not have a parent corporation nor does any publicly held corporation own more than 10% of stock of 6Sense INSIGHTS, INC..

To the extent this may be deemed an initial pleading, all defenses under Rule 12(b) are preserved.

Dated: March 27, 2024

CLARK HILL PLC
By: /s/ *Steven M. Richman*/
Steven M. Richman (NJ 017391980)
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Phone: (609) 785-2911
Fax: (609) 785-2999

Email: srichman@clarkhill.com
Counsel for Defendant 6Sense INSIGHTS, INC.

## CERTIFICATE OF SERVICE

      I, Steven M. Richman, of full age, certify that on March 27, 2024, I caused a copy of Rule 7.1 Disclosure statement to be served on all counsel of record through filing through the ECF system.

                                                  s/*Steven M. Richman/*