UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**　　　　　　　　　　　**DATE OF PROCEEDINGS: 05/7/2024**

**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell　　**DOCKET #** CV 24-4104 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al.
　　　v.
6SENSE INSIGHTS, INC. et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced: 3:26 PM　　　　　　　Time Adjourned: 3:28 PM

Total: 2 minutes

　　　　　　　　　　　　　　　　　　s/ *David Bruey*
　　　　　　　　　　　　　　　　　　**DEPUTY CLERK**