IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| BLACKBAUD, INC., et al. | : : | NO. 24-3993 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| WHITEPAGES, INC., et al. | : : | NO. 24-3998 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| HIYA, INC., et al. | : : | NO. 24-4000 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., et al. | : : | NO. 24-4073 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| CARCO GROUP INC., et al. | : : | NO. 24-4077 |

```
ATLAS DATA PRIVACY            :           CIVIL ACTION
CORPORATION, et al.           :
                              :
          v.                  :
                              :           NO. 24-4095
TWILIO INC., et al.           :
```
_____

```
ATLAS DATA PRIVACY            :           CIVIL ACTION
CORPORATION, et al.           :
                              :
          v.                  :
                              :           NO. 24-4104
6SENSE INSIGHTS, INC.,        :
et al.                        :
```
_____

```
ATLAS DATA PRIVACY            :           CIVIL ACTION
CORPORATION, et al.           :
                              :
          v.                  :
                              :           NO. 24-4105
LIGHTBOX PARENT, L.P.,        :
et al.                        :
```
_____

```
ATLAS DATA PRIVACY            :           CIVIL ACTION
CORPORATION, et al.           :
                              :
          v.                  :
                              :           NO. 24-4106
SEARCH QUARRY, LLC, et al.    :
```
_____

```
ATLAS DATA PRIVACY            :           CIVIL ACTION
CORPORATION, et al.           :
                              :
          v.                  :
                              :           NO. 24-4107
ACXIOM, LLC, et al.           :
```
_____

```
ATLAS DATA PRIVACY            :         CIVIL ACTION
CORPORATION, et al.           :
                              :
         v.                   :
ENFORMION, LLC, et al.        :         NO. 24-4110
```
_____

```
ATLAS DATA PRIVACY            :         CIVIL ACTION
CORPORATION, et al.           :
                              :
         v.                   :
                              :         NO. 24-4111
COSTAR GROUP, INC., et al.    :
```
_____

```
ATLAS DATA PRIVACY            :         CIVIL ACTION
CORPORATION, et al.           :
                              :
         v.                   :
                              :         NO. 24-4112
ORACLE INTERNATIONAL          :
CORPORATION, et al.           :
```
_____

```
ATLAS DATA PRIVACY            :         CIVIL ACTION
CORPORATION, et al.           :
                              :
         v.                   :
                              :         NO. 24-4113
RED VIOLET, INC., et al.      :
```
_____

```
ATLAS DATA PRIVACY            :         CIVIL ACTION
CORPORATION, et al.           :
                              :
         v.                   :
                              :         NO. 24-4114
RE/MAX, LLC, et al.           :
```
_____

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
          v.                    :
                                :              NO. 24-4168
EPSILON DATA MANAGEMENT,        :
LLC, et al.                     :
```
_____

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
          v.                    :
                                :              NO. 24-4171
PEOPLE DATA LABS, INC.,         :
et al.                          :
```
_____

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
          v.                    :
                                :              NO. 24-4175
CLARITAS, LLC, et al.           :
```
_____

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
          v.                    :
                                :              NO. 24-4181
DATA AXLE, INC., et al.         :
```
_____

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
          v.                    :
                                :              NO. 24-4182
REMINE INC., et al.             :
```
_____

```
ATLAS DATA PRIVACY              :          CIVIL ACTION
CORPORATION, et al.            :
                               :
            v.                 :
                               :          NO. 24-4184
LUSHA SYSTEMS, INC, et al.     :
```
_____

```
ATLAS DATA PRIVACY              :          CIVIL ACTION
CORPORATION, et al.            :
                               :
            v.                 :
                               :          NO. 24-4217
TELTECH SYSTEMS, INC.,         :
et al.                         :
```
_____

```
ATLAS DATA PRIVACY              :          CIVIL ACTION
CORPORATION, et al.            :
                               :
            v.                 :
                               :          NO. 24-4227
PEOPLECONNECT, INC., et al.    :
```
_____

```
ATLAS DATA PRIVACY              :          CIVIL ACTION
CORPORATION, et al.            :
                               :
            v.                 :
                               :          NO. 24-4230
CORELOGIC, INC., et al.        :
```
_____

```
ATLAS DATA PRIVACY              :          CIVIL ACTION
CORPORATION, et al.            :
                               :
            v.                 :
                               :          NO. 24-4233
BLACK KNIGHT TECHNOLOGIES,     :
LLC, et al.                    :
```
_____

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :              NO. 24-4269
THOMSON REUTERS CORPORATION,    :
et al.                          :
```

---

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :              NO. 24-4271
CHOREOGRAPH LLC, et al.         :
```

---

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :              NO. 24-4288
TRANSUNION, LLC., et al.        :
```

---

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :              NO. 24-4298
EQUIFAX INC., et al.            :
```

---

```
ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :              NO. 24-4299
SPOKEO, INC., et al.            :
```

---

```
ATLAS DATA PRIVACY            :              CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :              NO. 24-4354
TELNYX LLC, et al.            :
_____

ATLAS DATA PRIVACY            :              CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :              NO. 24-4392
MYHERITAGE, LTD., et al.      :
_____

ATLAS DATA PRIVACY            :              CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :              NO. 24-4442
WILAND, INC., et al.          :
_____

ATLAS DATA PRIVACY            :              CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :              NO. 24-4447
ATDATA, LLC, et al.           :
_____

ATLAS DATA PRIVACY            :              CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :              NO. 24-4571
PRECISELY HOLDINGS, LLC,      :
et al.                        :
_____
```

```
ATLAS DATA PRIVACY          :          CIVIL ACTION
CORPORATION, et al.         :
                            :
        v.                  :
                            :          NO. 24-4696
OUTSIDE INTERACTIVE, INC.   :
```

```
ATLAS DATA PRIVACY          :          CIVIL ACTION
CORPORATION, et al.         :
                            :
        v.                  :
                            :          NO. 24-4770
VALASSIS DIGITAL CORP.,     :
et al.                      :
```

```
ATLAS DATA PRIVACY          :          CIVIL ACTION
CORPORATION, et al.         :
                            :
        v.                  :
                            :          NO. 24-4850
THE LIFETIME VALUE CO. LLC, :
et al.                      :
```

```
ATLAS DATA PRIVACY          :          CIVIL ACTION
CORPORATION, et al.         :
                            :
        v.                  :
                            :          NO. 24-5334
FIRST AMERICAN FINANCIAL    :
CORPORATION, et al.         :
```

<u>ORDER</u>

　　　　AND NOW, this 13th day of May 2024, it is hereby

ORDERED that:

　　　　(1)  the court will hold a Status Conference on

Monday, June 3, 2024 at 10:00 AM in Courtroom No. 1, in the

United States Courthouse in Camden, New Jersey to deal with the

jurisdictional discovery to be allowed in connection with the Plaintiffs' pending motions to remand these actions to the Superior Court of New Jersey;

(2)  in the meantime, the parties should confer and if possible agree on a plan consistent with the court's rulings at the May 7, 2024 status conference; and

(3)  all prior oral deadlines are vacated.


                                    BY THE COURT:


                                    /s/ Harvey Bartle III
                                                               J.