# Clark Hill

Myriah V. Jaworski
T: (619) 557-0404
E: mjaworski@clarkhill.com

Clark Hill
600 W. Broadway, Suite 500
San Diego, California 92101
T (716) 725 2609
F (312) 985-5999

June 11, 2024

**VIA ECF ONLY**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

  Re: **Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**
    *Atlas Data Privacy Corp., et al v. 6Sense Insights, Inc.,* No. 1:24-cv-04104 (D.N.J.)

Dear Judge Bartle:

  This firm represents the Defendant 6Sense Insights, Inc. ("Defendant"), in the above-referenced matter. We write to advise the Court that Defendant joins Defendants' Consolidated Motion to Dismiss and Memorandum in Support thereof, which will be filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.*, No. 1:24-cv-04105-HB (D.N.J) (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

            Respectfully submitted,

            CLARK HILL

            Myriah V. Jaworski

cc: Counsel of Record (via ECF)