UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: October 22, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** SHARON RICCI

**TITLE OF CASE:**           **DOCKET NO.:** 24-4104 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
6SENSE INSIGHTS, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: HEARING ON [16] MOTION TO REMAND

Hearing on [16] Motion to Remand held on the record.
Motion taken under advisement.

                                                            s/David Bruey
                                                            Deputy Clerk

Time Commenced: 10:24a.m.   Time Adjourned: 10:28a.m.   Total Time in Court: 0:04