

Chirag H. Patel
T: (312) 360-2127
E: cpatel@clarkhill.com

Clark Hill
130 E. Randolph Street, Suite 3900
Chicago, Illinois 60601
T (312) 985-5900
F (312) 985-5999

November 6, 2024

**Via CM/ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    **Re:   Joinder in Defendants' Consolidated Opposition to Plaintiffs' Motion to Remand**
        *Atlas Data Privacy Corp., et al v. 6sense Insights, Inc.,* No. 1:24-cv-04104 (D.N.J.)

Dear Judge Bartle:

    On September 9 2024, 6sense joined the Defendants' Consolidated Opposition [ECF Nos. 53-55] to Plaintiffs' Motion to Remand [ECF No. 23], filed in *Atlas Data Privacy Corporation, et al v. Carco Group, Inc.,* Civil Action No. 1:24-cv-04077-HB.

    For avoidance of any doubt that 6sense has fully adopted and joined the Defendants' Consolidated Opposition, 6sense submits this letter in support thereof.

                               Respectfully submitted,

                               CLARK HILL

                             */s/ Chirag H. Patel*
                             Chirag H. Patel

cc: Counsel of Record (via ECF)