## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## Camden, NJ

ATLAS DATA PRIVACY CORPORATION,
et al.

                              Plaintiff,

v.                                               Case No.: 1:24−cv−04104−HB

                                                     Judge Harvey Bartle (EDPA), III

6SENSE INSIGHTS, INC., et al.

                              Defendant.

Clerk, Superior Court of New Jersey
Middlesex County Courthouse
*56 Paterson Street
New Brunswick, NJ 08903

State No: MID 000988 24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                        Very truly yours,

                                                        CLERK OF COURT
                                                        By Deputy Clerk, lm

encl.
cc: All Counsel